IN THE UNITED STATES DISTRICT COURT

FOR SOUTH CAROLINA

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.              District Court Docket No. 4:04-CR-811

Malik Abdhul Nelson,

    Defendant.

_____

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPEAL
_____

The undersigned, Counsel for Malik Abduhul Nelson, hereby moves the Court for an order allowing him to file an appeal of the Court's order filed June 21, 2010 on behalf of Mr. Nelson.

In support of this motion counsel certifies that he erroneously advised Mr. Nelson that he had until July 20, 2010 to advise counsel whether Nelson wanted to file a notice of appeal from the judgment. Mr. Nelson requested an appeal by letter counsel received on July 17, 2010. Counsel filed a Notice of Appeal on July 20, 2010, but then noticed that the letter mailed Mr. Nelson listed the wrong date. Thus

due to counsel's error, Mr. Nelson was without correct information to notify counsel of the correct date to file an appeal.

Dated this 20th day of July at Florence, South Carolina.

Respectfully submitted,


S/ Ray Coit Yarborough, Jr.
Ray Coit Yarborough, Jr.
Federal ID# 4195
Post Office Box 4198
201 Graham Street
Florence, South Carolina  29502
843-676-0850 - Telephone
843-676-9045 – Facsimile