4cca-30  REV. 09/23/08    T R A N S M I T T A L   S H E E T
                          (Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>__ Cross Appeal<br>__ Interlocutory Appeal<br>__ Additional NOA<br>__ Amended NOA<br>__ Transmittal of Record<br>__ Transmittal of Certif.<br>__ Supplement to ROA<br>__ Supplemental Certif.<br>__ Other_____<br>_____ | UNITED STATES DISTRICT COURT<br>for the<br>_____DISTRICT OF South Carolina<br>at Florence<br>Caption:<br>USA V Malik Abdhul Nelson | District Court No.:<br>4:04cr811-TLW<br>4CCA No.:_____<br>Consolidated with No.:<br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 7/20/2010<br>2. Amended NOA filed: | 4. Fees<br>_____USA no fee required<br>$5 filing fee:      ___paid  ✓unpaid<br>$450 docket fee:   ___paid  ✓unpaid<br>Pauper status: ✓ granted ___denied ___pending in dist.ct.<br>Does PLRA Apply? __Yes ✓No   3-strikes? ___Yes ✓No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge:<br>Hon Terry L. Wooten | 5. Materials Under Seal in District Court: ✓Yes ___No<br>   Party Names Under Seal in District Court: ___Yes ✓No |
| 6. Court Reporter(s)(list all):<br>Vince Rolland; Ray Simmons, Sharon Welch-Meyer; Andrea Miner; Anna Miles<br>Coordinator: | 7. Criminal/Prisoner Cases<br>___recalcitrant witness   Defendant's Address:<br>___on death row<br>✓in custody    #13503-171 Beckley FCI<br>___on bond     PO Box 350, Beaver WV 25813<br>___on probation |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
☐ ORIGINAL RECORD    ☐ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ☐ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>☐ YES  ☐ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>_____ | ☐ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br>_____<br>_____<br>_____<br>_____ |
| ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file? ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ☐ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES  ___ NO<br>All transcript on file? ___ YES  ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Sharon Meyer_____ Phone: 843 676 3824___ Date: 07/21/10_____